1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GARY DALE BARGER,                          No.  2:15-cv-0221 CKD P

12              Plaintiff,

13        v.                                     ORDER

14   CDCR,

15              Defendant.

16

17        Plaintiff is a California prisoner proceeding pro se and seeking relief pursuant to 42

18   U.S.C. § 1983.  Plaintiff has consented to have all matters in this action before a United States

19   Magistrate Judge.  See 28 U.S.C. § 636.  On April 14, 2015, plaintiff was ordered to pay the filing

20   fee for this action within 14 days.  Plaintiff was warned that failure to pay the filing fee within 14

21   days would result in dismissal.  Plaintiff has not paid the filing fee.

22        Accordingly, IT IS HEREBY ORDERED that:

23        1.  Plaintiff's complaint is dismissed without prejudice; and

24        2.  This case is closed.

25   Dated:  May 12, 2015

26   _____
                                            CAROLYN K. DELANEY
27                                          UNITED STATES MAGISTRATE JUDGE

28   1/barg0221.dis